# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division

JAMES ANDERS

**JUDGMENT IN A CIVIL CASE**

v.

CARROLL COUNTY COURTS

CASE NUMBER: 04-1319-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 06/30/05, this case is hereby DISMISSED for failure to state a claim upon which relief may be granted and because it presents claims which are devoid of jurisdiction. It is further CERTIFIED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal by plaintiff is not taken in good faith and the plaintiff may not proceed on appeal in forma pauperis. If plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore v. Wigglesworth, 114 F.3d 601, 610-11 (6th Cir. 1997) and 28 U.S.C. § 1915(b)..

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

7/5/05
DATE

BY: _C. Head_
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  07-05-05 .



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:04-CV-01319 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

James Anders
Lois Deberry Special Needs Facility, Unit 4-A 102-D
#286312
7575 Cockrill Bend Industrial Rd.
Nashville, TN 37243

Honorable James Todd
US DISTRICT COURT